**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | ) | Case No. 23-43086 |
| Lenora Fay Martin- Bey | ) | |
| | ) | |
| | ) | MEMORANDUM |
| Debtor(s) | ) | |

**MEMORANDUM TO AMENDED SCHEDULES**

Comes Now Debtor, pursuant to LR 1009, and files amended Schedules J to reduce Debtor's current living expenses to afford the increased plan payment.

Respectfully Submitted,
**A&L LICKER LAW FIRM, LLC**

/s/Tobias Licker
Tobias Licker, #56778MO,
1861 Sherman Drive
St. Charles, MO 63303
Tel: (636)916-5400
Fax: (636)916-5402
Tobias@lickerlawfirm.com

**CERTIFICATE OF SERVICE**

I certify that a true and correct copy of the foregoing document was filed electronically on 10/11/2023, with the United States Bankruptcy Court, and has been served on the parties in interest via e-mail by the Court's CM/ECF System as listed on the Court's Electronic Mail Notice List.

/s/ Saloni Mehta