# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MISSOURI
## EASTERN DIVISION

| | |
|---|---|
| IN RE: ) | CASE NO: 23-43086 |
| LENORA FAY MARTIN-BEY ) | |
| ) | Chapter 13 |
| ) | |
| ) | |
| Debtor ) | |

## NOTICE OF LACK OF FEASIBILITY OF THE CHAPTER 13 PLAN

PLEASE TAKE NOTICE that Diana S. Daugherty, Standing Chapter 13 Trustee, has reviewed the case herein and has done a feasibility calculation. The plan appears to lack feasibility because it will not pay in full all creditors entitled to full repayment or it will not pay the amount guaranteed to general unsecured creditors. If the plan completes as is, the Trustee will raise an objection to discharge and the debtor may not receive a discharge of otherwise dischargeable debts.

Dated: 2/23/2024

NTCFEAS--HCY

/s/ Diana S. Daugherty
Diana S. Daugherty
Standing Chapter 13 Trustee
P.O. Box 430908
St. Louis, MO 63143
(314) 781-8100  Fax: (314) 781-8881
trust33@ch13stl.com

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing document was filed electronically on February 23, 2024, with the United States Bankruptcy Court, and has been served on the parties in interest via e-mail by the Court's CM/ECF System as listed on the Court's Electronic Mail Notice List.

I certify that a true and correct copy of the foregoing document was filed electronically with the United States Bankruptcy Court, and has been served by Regular United States Mail Service, first class, postage fully pre-paid, addressed to those parties listed on the Court's Manual Notice List and listed below on February 23, 2024.

LENORA FAY MARTIN-BEY
12034 MONTER DR
BRIDGETON, MO 63044

/s/ Diana S. Daugherty
Diana S. Daugherty, Chapter 13 Trustee