UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

IN RE: ) CASE NO: 23-43086
LENORA FAY MARTIN-BEY )
12034 MONTER DR )
BRIDGETON, MO  63044 ) Chapter 13
                Debtor )
)
)

## NOTICE OF TRUSTEE'S INTENT TO PAY CLAIMS

Comes now DIANA S. DAUGHERTY, Standing Chapter 13 Trustee in Bankruptcy herein and states to the Court that she has examined claims filed herein and proposes to pay filed claims in the amount and as part of the class all as described herein.

| CREDITOR | AMOUNT | DISB CODE/CLASSIFICATION |
|---|---|---|
| LAW OFFICES OF TOBIAS LICKER<br>1861 SHERMAN DR<br>ST CHARLES, MO  63303 | 2,400.00 | 25/ATTORNEY FEE LUMP SUM<br>ACCT:<br>COMM:<br>REG PYMT: $0.00<br>INT RATE: 0.00 |
| LAW OFFICES OF TOBIAS LICKER<br>1861 SHERMAN DR<br>ST CHARLES, MO  63303 | 2,400.00 | 16/ATTORNEY FEE PERMO<br>ACCT:<br>COMM:<br>REG PYMT: $133.34<br>INT RATE: 0.00 |
| AMERICREDIT FINANCIAL SVCS INC<br>PO BOX 183853<br>ARLINGTON, TX  76096-3853 | 31,508.25 | 20/Secured - Motor Vehicle<br>ACCT: 2086<br>COMM: #4/100% 59MO/17 LINCOLN MKC<br>REG PYMT: $674.36<br>INT RATE: 9.75 |
| CAPITAL ONE AUTO FINANCE<br>PO BOX 4360<br>C/O AIS PORTFOLIO SVCS LP<br>HOUSTON, TX  77210-4360 | 26,374.29 | 20/Secured - Motor Vehicle<br>ACCT: 0251<br>COMM: #10/100% 59MO/21 TRAILBLAZER<br>REG PYMT: $564.48<br>INT RATE: 9.75 |

| CREDITOR | AMOUNT | DISB CODE/CLASSIFICATION |
|---|---:|---|
| MO DEPT OF REVENUE<br>PO BOX 475<br>BANKRUPTCY SECTION<br>JEFFERSON CITY, MO  65105-0475 | 2,754.22 | 40/Unsecured<br>ACCT: 3969<br>COMM: #17/12-13,15-18 INC/PEN TAX<br>REG PYMT: $0.00<br>INT RATE: 0.00 |
| MO DEPT OF REVENUE<br>PO BOX 475<br>BANKRUPTCY SECTION<br>JEFFERSON CITY, MO  65105-0475 | 3,231.98 | 30/Priority<br>ACCT: XXXXXXXXXXXXXXXXXX97BR<br>COMM: #18/2021 MV TAX<br>REG PYMT: $0.00<br>INT RATE: 0.00 |
| ST LOUIS CO COLLECTOR OF REV<br>41 S CENTRAL AVE<br>C/O KAREN J BENSON<br>ST LOUIS, MO  63105 | 878.99 | 40/Unsecured<br>ACCT: 6222<br>COMM: #3<br>REG PYMT: $0.00<br>INT RATE: 0.00 |
| QUANTUM3 GROUP LLC<br>PO BOX 2489<br>KIRKLAND, WA  98083-2489 | 1,885.71 | 40/Unsecured<br>ACCT: 5464<br>COMM: #9/ACE CASH EXPRESS<br>REG PYMT: $0.00<br>INT RATE: 0.00 |
| ACIMA CREDIT<br>13907 S MINUTEMAN DR<br>STE 500<br>DRAPER, UT  84020-9879 | 0.00 | 40/Unsecured<br>ACCT: 9376<br>COMM:<br>REG PYMT: $0.00<br>INT RATE: 0.00 |
| MO AMERICAN WATER<br>PO BOX 2798<br>CAMDEN, NJ  08101-2700 | 0.00 | 40/Unsecured<br>ACCT: 3227<br>COMM:<br>REG PYMT: $0.00<br>INT RATE: 0.00 |
| BANCORP<br>6100 S OLD VILLAGE PL<br>STE 200<br>SIOUX FALLS, SD  57108-2106 | 0.00 | 40/Unsecured<br>ACCT: 1255<br>COMM:<br>REG PYMT: $0.00<br>INT RATE: 0.00 |

| CREDITOR | AMOUNT | DISB CODE/CLASSIFICATION |
|---|---:|---|
| BJC HEALTH CARE<br>PO BOX 650292<br>DALLAS, TX  75265-0292 | 0.00 | 40/Unsecured<br>ACCT: 5821<br>COMM:<br>REG PYMT: $0.00<br>INT RATE: 0.00 |
| BJC HEALTH CARE<br>PO BOX 958410<br>ST LOUIS, MO  63195-8410 | 0.00 | 40/Unsecured<br>ACCT: 3412<br>COMM:<br>REG PYMT: $0.00<br>INT RATE: 0.00 |
| CAPITAL ONE BANK (USA) NA<br>PO BOX 71083<br>C/O AMERICAN INFOSOURCE LP<br>CHARLOTTE, NC  28272-1083 | 686.38 | 40/Unsecured<br>ACCT: 0009<br>COMM: #7<br>REG PYMT: $0.00<br>INT RATE: 0.00 |
| CAPITAL ONE<br>PO BOX 5155<br>C/O TSYS DEBT MGMT<br>NORCROSS, GA  30091-5155 | 0.00 | 40/Unsecured<br>ACCT: 7853<br>COMM:<br>REG PYMT: $0.00<br>INT RATE: 0.00 |
| CAPREIT GREENWAY CHASE LP<br>2209 FIRST CAPITOL DR<br>C/O RICHARD P DORSEY<br>ST CHARLES, MO  63301 | 0.00 | 40/Unsecured<br>ACCT: 7899<br>COMM:<br>REG PYMT: $0.00<br>INT RATE: 0.00 |
| CASH NET USA<br>175 W JACKSON BLVD<br>STE 1000<br>CHICAGO, IL  60604-2863 | 2,752.79 | 40/Unsecured<br>ACCT: 3969<br>COMM: #5<br>REG PYMT: $0.00<br>INT RATE: 0.00 |
| CC HOLDINGS<br>2159 GLEBE ST<br>STE 270<br>CARMEL, IN  46032 | 0.00 | 40/Unsecured<br>ACCT: 4426<br>COMM:<br>REG PYMT: $0.00<br>INT RATE: 0.00 |

| CREDITOR | AMOUNT | DISB CODE/CLASSIFICATION |
|---|---:|---|
| ELECTRO SAVINGS CREDIT UNION<br>1805 CRAIGSHIRE RD<br>PO BOX 28505<br>ST LOUIS, MO  63146-1005 | 0.00 | 40/Unsecured<br>ACCT: 0003<br>COMM:<br>REG PYMT: $0.00<br>INT RATE: 0.00 |
| ELECTRO SAVINGS CREDIT UNION<br>1805 CRAIGSHIRE RD<br>PO BOX 28505<br>ST LOUIS, MO  63146-1005 | 0.00 | 40/Unsecured<br>ACCT: 0003<br>COMM:<br>REG PYMT: $0.00<br>INT RATE: 0.00 |
| FINGERHUT CORP<br>6250 RIDGEWOOD RD<br>ST CLOUD, MN  56303-0820 | 0.00 | 40/Unsecured<br>ACCT: 8450<br>COMM:<br>REG PYMT: $0.00<br>INT RATE: 0.00 |
| FINWISE BANK<br>820 E 9400 S<br>SANDY, UT  84094-3653 | 0.00 | 40/Unsecured<br>ACCT: 3780<br>COMM:<br>REG PYMT: $0.00<br>INT RATE: 0.00 |
| FIRST INVESTORS FINAN SVCING<br>3065 AKERS MILL RD SE<br>STE 700<br>ATLANTA, GA  30339-3124 | 14,421.64 | 40/Unsecured<br>ACCT: 3969<br>COMM: #8<br>REG PYMT: $0.00<br>INT RATE: 0.00 |
| JEFFERSON CAPITAL SYSTEMS LLC<br>PO BOX 772813<br>CHICAGO, IL  60677-2813 | 755.44 | 40/Unsecured<br>ACCT: 9477<br>COMM: #14/FIRST PREMIER BANK<br>REG PYMT: $0.00<br>INT RATE: 0.00 |

| CREDITOR | AMOUNT | DISB CODE/CLASSIFICATION |
|---|---|---|
| PORTFOLIO RECOVERY ASSOC LLC<br>PO BOX 12914<br>NORFOLK, VA  23541 | 1,331.58 | 40/Unsecured<br>ACCT: 2307<br>COMM: #16/TBOM/FORTIVA/BOBS DISCOUNT<br>REG PYMT: $0.00<br>INT RATE: 0.00 |
| GINNYS<br>PO BOX 800849<br>C/O CREDITORS BANKRUPTCY SVC<br>DALLAS, TX  75380-0849 | 210.98 | 40/Unsecured<br>ACCT: 0630<br>COMM: #12<br>REG PYMT: $0.00<br>INT RATE: 0.00 |
| CITIBANK NA<br>PO BOX 280<br>C/O QUANTUM3 GROUP LLC<br>KIRKLAND, WA  98083 | 927.45 | 40/Unsecured<br>ACCT: 6426<br>COMM: #13/MACYS<br>REG PYMT: $0.00<br>INT RATE: 0.00 |
| MERRICK BANK<br>PO BOX 10368<br>C/O RESURGENT CAPITAL SVCS<br>GREENVILLE, SC  29603-0368 | 1,421.63 | 40/Unsecured<br>ACCT: 4426<br>COMM: #2<br>REG PYMT: $0.00<br>INT RATE: 0.00 |
| MIDNIGHT VELVET<br>PO BOX 800849<br>C/O CREDITORS BANKRUPTCY SVC<br>DALLAS, TX  75380-0849 | 337.91 | 40/Unsecured<br>ACCT: 0550<br>COMM: #11<br>REG PYMT: $0.00<br>INT RATE: 0.00 |
| NETCREDIT<br>175 W JACKSON BLVD<br>STE 1000<br>CHICAGO, IL  60604-2863 | 0.00 | 40/Unsecured<br>ACCT: 5908<br>COMM:<br>REG PYMT: $0.00<br>INT RATE: 0.00 |

| CREDITOR | AMOUNT | DISB CODE/CLASSIFICATION |
|---|---:|---|
| PARKWAY PATHOLOGY GROUP<br>PO BOX 500720<br>ST LOUIS, MO  63150-0720 | 0.00 | 40/Unsecured<br>ACCT: 3781<br>COMM:<br>REG PYMT: $0.00<br>INT RATE: 0.00 |
| JEFFERSON CAPITAL SYSTEMS LLC<br>PO BOX 772813<br>CHICAGO, IL  60677-2813 | 762.33 | 40/Unsecured<br>ACCT: 4611<br>COMM: #15/FIRST PREMIER BANK<br>REG PYMT: $0.00<br>INT RATE: 0.00 |
| SPECTRUM<br>8413 EXCELSIOR DR<br>STE 120<br>MADISON, WI  53717-1970 | 0.00 | 40/Unsecured<br>ACCT: 9234<br>COMM:<br>REG PYMT: $0.00<br>INT RATE: 0.00 |
| SPECTRUM<br>8413 EXCELSIOR DR<br>STE 120<br>MADISON, WI  53717-1970 | 0.00 | 40/Unsecured<br>ACCT: 4331<br>COMM:<br>REG PYMT: $0.00<br>INT RATE: 0.00 |
| LVNV FUNDING LLC<br>PO BOX 10587<br>C/O RESURGENT CAPITAL SVCS<br>GREENVILLE, SC  29603-0587 | 1,090.83 | 40/Unsecured<br>ACCT: 1722<br>COMM: #1/SAM'S CLUB SYNCHRONY BANK<br>REG PYMT: $0.00<br>INT RATE: 0.00 |
| T MOBILE USA INC<br>PO BOX 53410<br>C/O BANKRUPTCY<br>BELLEVUE, WA  98015-3410 | 0.00 | 40/Unsecured<br>ACCT: 4757<br>COMM:<br>REG PYMT: $0.00<br>INT RATE: 0.00 |
| UPSTART NETWORK<br>PO BOX 1931<br>BURLINGAME, CA  94011-1931 | 2,390.34 | 40/Unsecured<br>ACCT: 3780<br>COMM: #6<br>REG PYMT: $0.00<br>INT RATE: 0.00 |

| CREDITOR | AMOUNT | DISB CODE/CLASSIFICATION |
|---|---|---|
| COMENITY BANK<br>PO BOX 182273<br>BANKRUPTCY DEPT<br>COLUMBUS, OH  43218-2273 | 0.00 | 40/Unsecured<br>ACCT: 7266<br>COMM: VICTORIA SECRET<br>REG PYMT: $0.00<br>INT RATE: 0.00 |
| MO DEPT OF REVENUE<br>PO BOX 475<br>BANKRUPTCY SECTION<br>JEFFERSON CITY, MO  65105-0475 | 400.00 | 40/Unsecured<br>ACCT: XXXXXXXXXXXXXXXXX97BR<br>COMM: #18/21 MV/PEN TAX<br>REG PYMT: $0.00<br>INT RATE: 0.00 |

Dated: February 23, 2024
STL_NTCPAYCLM -- HCY

/s/ Diana S. Daugherty
Diana S. Daugherty
Standing Chapter 13 Trustee
P.O. Box 430908
St. Louis, MO  63143
(314) 781-8100  Fax: (314) 781-8881
trust33@ch13stl.com

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing document was filed electronically on February 23, 2024, with the United States Bankruptcy Court, and has been served on the parties in interest via e-mail by the Court's CM/ECF System as listed on the Court's Electronic Mail Notice List.

I certify that a true and correct copy of the foregoing document was filed electronically with the United States Bankruptcy Court, and has been served by Regular United States Mail Service, first class, postage fully pre-paid, addressed to those parties listed on the Court's Manual Notice List and listed below on February 23, 2024.

LENORA FAY MARTIN-BEY
12034 MONTER DR
BRIDGETON, MO  63044

/s/Diana S. Daugherty
Diana S. Daugherty