# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 23-43086 |
| Lenora Fay Martin- Bey | ) | |
| | ) | Chapter 13 |
| | ) | |
| Debtor(s) | ) | Motion to Terminate Wage Order |

## MOTION TO TERMINATE WAGE ORDER

COMES NOW, the above captioned Debtor(s), by and through the undersigned attorney, and for this motion states as follows:

1. On October 12, 2023, The Court previously entered its order directing Debtor's employer, PNC Bank, to withhold from the wages of Debtor funds for the Chapter 13 Plan Payment.

2. The Debtor requests the wage order be terminated.

WHEREFORE, the Debtor(s) pray the Court enter its order terminating the order to withhold from wages of the debtor.

Respectfully submitted
**A&L LICKER LAW FIRM, LLC**

/s/ Tobias Licker
Tobias Licker #56778MO
A&L, Licker Law Firm, LLC
1861 Sherman Dr.
St. Charles, MO63303
Tel: 636) 916-5400
Fax (636) 916-5402
Tobias@lickerlawfirm.com

# CERTIFICATE OF SERVICE

I certify that a true and correct copy of the **Foregoing Document** was filed electronically on May 21, 2024with the United States Bankruptcy Court, and has been served on the parties in interest via e-mail by the Court's CM/ECF System as listed on the Court's Electronic Mail Notice List.

I certify that a true and correct copy of the **Foregoing Document** was filed electronically with the United States Bankruptcy Court, and has been served by Regular United States Mail Service, first class, postage fully pre-paid, addressed to those parties listed on the Court's Manual Notice List and listed below on May 21, 2024.

/s/ Pallavi Sharma

**Diana Daugherty**
Chapter 13 Trustee
PO Box 430908
St. Louis, MO 63143

**Office of US Trustee**
111 S Tenth St, Ste 6.353
St. Louis, MO 63102

**PNC Bank**
Attn. Payroll Department
1900 East 9th
Cleveland, OH 44114